IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE BURGOS,                       :    CIVIL ACTION
                                   :    NO. 08-1179
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
PHILADELPHIA PRISON HEALTH         :
SYSTEM et. al.,                    :
                                   :
        Defendants.                :

                        <u>O R D E R</u>

_____**AND NOW**, this **26th** day of **August, 2009**, it is hereby

**ORDERED** that Plaintiff's motion to release all medical records

from the Philadelphia Prison System (doc. no. 33) is **GRANTED.**

Defendants shall deliver the requested records to Plaintiff as

soon as practicable, consistent with the Court's direction during

the August 25, 2009 conference call.

        **IT IS FURTHER ORDERED** that Plaintiff's motion for the

appointment of counsel (doc. no. 36) is **DENIED without prejudice.**

        **IT IS FURTHER ORDERED** that Plaintiff's motion for leave

to amend his complaint (doc. no. 37) is **DENIED.**


        **AND IT IS SO ORDERED.**


                        <u>S/Eduardo C. Robreno</u>
                        **EDUARDO C. ROBRENO, J.**